BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No.
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORY ENGINEERS, INC., A California Corporation,<br>Defendant. | No.   CV 09-3620 MEJ<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO:  THE CLERK OF THE COURT AND DEFENDANT VICTORY ENGINEERS, INC., A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference scheduled for November 12, 2009 be continued for ninety days to allow the parties to attempt to resolve this matter informally.

Plaintiffs filed its Complaint in this matter on August 6, 2009.  Defendant was served with the Complaint on or around August 26, 2009.  Plaintiffs have been able to collect some amounts

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER

due from the bonding company for Defendant and are in the process of collecting the remaining amounts due. Given these facts, Plaintiffs believe that the Case Management Conference should be continued for ninety days in order to allow the parties to attempt to resolve this matter.

The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: November 2, 2009

> WEINBERG, ROGER & ROSENFELD
> A Professional Corporation
>
> By: _____/s/ *Concepción E. Lozano-Batista*_____
> CONCEPCIÓN E. LOZANO-BATISTA
> Attorneys for Plaintiffs

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference for 90 days, or as soon thereafter as a court date is available. In addition, the Court orders: The CMC is continued to February 18, 2010. All deadlines shall be adjusted accordingly.

Dated: November 3, 2009

_____
HONORABLE MARIA ELENA JAMES
United States District Court Judge

122298/549732

- 2 -
EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001